UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PLUMBERS AND GASFITTERS
LOCAL UNION NO. 1,

                             Plaintiff,

    -against-

UNITED STATES DEPARTMENT
OF THE INTERIOR,

                             Defendant.
------------------------------------------------------------X

NOT FOR PUBLICATION
**ORDER**
10-cv-4882 (CBA)

**AMON, Chief United States District Judge**.

    The Clerk of Court is directed to enter judgment in accordance with this Court's Memorandum and Order issued October 26, 2011, and to close this case.

Dated: November 9, 2011
       Brooklyn, N.Y.

                                                 s/CBA

                                         Carol Bagley Amon
                                         Chief United States District Judge