UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PLUMBERS AND GASFITTERS　　　　　　　　　　　　JUDGMENT
LOCAL UNION NO. 1,　　　　　　　　　　　　　　　　10-CV- 4882 (CBA)

　　　　　　　　　　　Plaintiff,

　　-against-

　　　　　　　　　　　　　　　　　　　　　　　　　NOV 15 2011

UNITED STATES DEPARTMENT
OF THE INTERIOR,


　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

　　　　　An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on November 10, 2011, directing the Clerk of Court to enter judgment in accordance with the Court's Memorandum and Order issued October 26, 2011; which denied the United States Department of Interior's motion for summary judgment and ordered the United States Department of Interior to produce the data in the "hours worked" columns of the Gateway Project payroll forms; it is

　　　　　ORDERED and ADJUDGED that the United States Department of Interior's motion for summary judgment is denied and the United States Department of Interior is ordered to produce the data in the "hours worked" columns of the Gateway Project payroll forms.

Dated: Brooklyn, New York
　　　　November 14, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court